Waterworks v First Lenora Exhibit A.xls

| EXHIBIT A* | | | |
|---|---|---|---|
| Transfers | | | |
| Name of Creditor | Check / Wire ID Number | Disbursement Date | Amount Paid |
| FIRST & LENORA, LLC | 208300 | 2/19/2009 | $14,806.00 |
| | | | $14,806.00 |

*Debtors' counsel reserves the right to amend, supplement or otherwise modify this Exhibit from time to time, without limitation.